WILLIAM BRANDT, Respondent, v. ALFRED C. BLUMENTHAL, Appellant.— Order granting plaintiff's motion for a preference reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the motion papers fail to present facts sufficient to entitle respondent to a preference. Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., concurs in result, and is of opinion that the Special Term for motions in Kings county should not pass upon applications for the preference of cases on the Trial Term calendar in Nassau county.

J. EDWARD BREUER, Appellant, v. PHILIP DE RONDE, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— Order granting defendant's motion to increase undertaking on attachment and order on reargument, in so far as appealed from, affirmed, with ten dollars costs and disbursements. Undertaking to be filed within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

ARTHUR H. CAMERON, Appellant, v. HENRY KLAUBER and Others, Respondents.— Order granting defendants' motion to cancel lis pendens and dismiss the complaint as to defendant Goldie S. Klauber and the two corporate defendants reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within ten days from service of a copy of the order herein. The complaint states a cause of action affecting the title to real property, and, therefore, is one in which a notice of pendency may properly be filed. (Beman v. Todd, 124 N. Y. 114; Civ. Prac. Act, § 120.) The complaint is likewise sufficient as to the three alleged dummy defendants in whose names it is alleged that the real property involved is carried, and in which real property it is alleged that defendant Henry Klauber wrongfully invested plaintiff's moneys. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, VERONICA DE NIER, Respondent, v. JACK QUINN, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens, reversed upon the law and the facts and information dismissed. We are of opinion that the determination is contrary to the evidence. Lazansky, P. J., Hagarty, Carswell and Scudder, JJ., concur; Kapper, J., dissents.

ALONZO E. DE BAUN, Respondent, v. JOHN W. BLOCK, JR., and Others, Defendants, Impleaded with JESSIE B. GRAFF and CLARENCE E. BLOCK, Appellants.— Order, as resettled, directing the sheriff to execute and deliver deed affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.